698 A.2d 62

**LA MAR–GATE, INC.,**

v.

**Eugene B. SPITZ, Eleanor R.Spitz, General Electric Credit Corporation, First Keystone Federal Savings Bank and Atlantic Financial Federal.**

**Petition of Eugene B. SPITZ.**

Supreme Court of Pennsylvania.

Sept. 8, 1997.

*ORDER*

PER CURIAM.

AND NOW, this 8th day of September, 1997, the Petition for Allowance of Appeal is GRANTED, but LIMITED to the following issue:

1.   Whether a personal guaranty, signed by a general partner and pledged pursuant to a loan transaction regarding the partnership, is surplusage or a nullity, where the general partner who signed the guaranty is also a signatory to a note given by the partnership in connection with the loan transaction.